JaVonne M. Phillips, Esq., SBN 187474
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
EMC Mortgage Corporation as servicing agent for Wells Fargo Bank National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust 2007-AR4 Mortgage Pass-Through Certificates Series 2007-AR-4, assigns and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re: | ) Case No. 1:09-bk-17606-MT |
|---|---|
| Joseph G. Alfaro, | ) |
| | ) Chapter 11 |
| Virginia Claudet Alfaro | ) |
| Debtor(s). | ) **STIPULATION FOR RELIEF FROM** |
| | ) **THE AUTOMATIC STAY** |
| | ) HEARING |
| | ) DATE: 2/18/2010 |
| | ) TIME: 9:30AM |
| | ) CTRM: 302 |
| | ) FLOOR: 3rd |

Secured Creditor, EMC Mortgage Corporation as servicing agent for Wells Fargo Bank National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust 2007-AR4 Mortgage Pass-Through Certificates Series 2007-AR-4, assigns and/or successors, ("Secured Creditor") and the Debtors, Joseph G. Alfaro and Virginia Claudet Alfaro, ("Debtors"), by and through their respective counsel STIPULATE as follows:

1. This Stipulation affects the real property commonly known as: 40636 151st Street East, Lancaster, CA 93535.

2. The automatic stay is immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with foreclosure and hold a trustee's sale of the subject Property, pursuant to applicable state law, and without further Bankruptcy Court Order of proceeding being necessary may commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

3. This stipulation shall be binding and effective in any conversion of this case to another chapter under the Bankruptcy Code.

4. The fourteen day stay as described by Bankruptcy Rule 4001(a)(3) is waived.

IT IS SO STIPULATED:

DATED: 2/11/10

Gregory J. Babcock, Esq.
Attorney for Secured Creditor

DATED: 2-8-10

Blake Lindemann, Esq.
Attorney for Debtors